IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LOURDES KATHLEEN BENITEZ-FIELD, Alien Number 200-089-980, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC HOLDER, Attorney General of the United States; JEH JOHNSON, Secretary of Department of Homeland Security; LAURENCE CARROLL, Supervising Detention and Deportation Officer, Immigration & Customs Enforcement, Helena Detention and Removal Office; TODD MCWHORTER, Acting Field Office Director, Immigration & Customs Enforcement, Salt Lake City Detention and Removal Office; and DIRECTOR, USCIS Vermont Service Center, <br><br> Defendants. | CV-13-31-M-DLC <br><br> ORDER |

Plaintiff Lourdes Kathleen Benitez-Field moves the Court to order Defendants to file the Certified Administrative Record. Defendants do not oppose this motion as long as Plaintiff's privacy interests are protected, which may include filing the Certified Administrative Record under seal. Because this motion is unopposed, the Court will grant it. Defendants will be ordered to

-1-

immediately lodge the Certified Administrative Record.

Further, on November 15, 2016, Defendants filed a status report notifying that Court that the United States Citizenship and Immigration Services' Administrative Appeals Office ("AAO") denied Plaintiff's Motions to Reopen and Motions to Reconsider her U Visa and Violence Against Women Act applications. (Doc. 52.) Defendants state that the parties would file a joint status report within one week updating the Court on the impact of these decisions on this case. The Court will thus order the parties to jointly file this status report on or before November 23, 2016. In addition to notifying the Court about the impact of the AAO's decisions, the status report shall also contain the date the Certified Administrative Record will be lodged, if it has not yet been filed.

IT IS ORDERED that Plaintiff Lourdes Kathleen Benitez-Field's motion Unopposed Motion for Filing of Certified Administrative Record (Doc. 53) is GRANTED. Defendants shall immediately file the Certified Administrative Record.

IT IS FURTHER ORDERED that the parties shall jointly file a status report, in accordance with the above order, on or before November 23, 2016.

Dated this 17th day of November 2016.

Dana L. Christensen, Chief Judge
United States District Court