UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LOUDES KATHLEEN BENITEZ-FIELD, Alien Number 200-089-980<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON SESSIONS, Attorney General of the United States, et al.,<br><br>Defendants. | Case No. CV-13-31-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is closed in accordance with the Order issued on today's date.

Dated this 16th day of March, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk